UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-20024 |
| Fox Valley Women & | ) | |
| Children's Health Partners, Ltd. | ) | Chapter: 11 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION

This cause coming on the Emergency Motion of Fox Valley Women and Children's Health Partners, Ltd. ("the Debtor") for an Interim Order Authorizing Use of Cash Collateral and Granting Adequate Protection (the "Motion") [Docket No. 15], and the Court being fully advised in the premises;

1. The last interim cash collateral order that this Court entered in this case is approved as a final cash collateral orders and the Debtor's use of cash collateral and performance of obligations thereunder is approved on a final basis.

2. The Debtor may pay administrative expenses during the period commencing September 1, 2014, through the Effective Date upon written approval of MB Financial Bank.

3. The Debtor is authorized to distribute funds of the bankruptcy estate in accordance with the provisions of the confirmed plan (Dkt. #320) and order confirming the plan (Dkt. #333). .

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  August 21, 2014

**Prepared by:**

Bruce de'Medici #6184818
17W703 Butterfield Road
Suite G
Oakbrook Terrace IL 60181
Tel: 312.731.6778
Email: bdemedici@bdmlawgroup.com