IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOX VALLEY WOMEN AND | ) | Case No. 13-20024 |
| CHILDREN'S HEALTH | ) | |
| PARTNERS, LTD., | ) | Honorable Carol A. Doyle |
| | ) | Hearing:    October 2, 2014 |
| Debtor. | ) |                10:00 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, on **October 2, 2014**, at **10:00 a.m.**, we shall appear before the Honorable Carol A. Doyle, or whomever is sitting in her stead, in Courtroom 742 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the **Fourth and Final Application of Nyberg & Cassioppi, LLC for Compensation and Reimbursement of Expenses**, a copy of which is herewith served upon you.

NYBERG & CASSIOPPI, LLC

Date:   September 9, 2014               By: __/s/ Bradley Block_____
                                              One of its Attorneys

Bradley Block
Law Offices of Bradley Block
707 Skokie Boulevard
Suite 600
Northbrook, Illinois 60062
(224) 533-1075
brad.block@bradblocklaw.com

## CERTIFICATE OF SERVICE

    I, Bradley Block, an attorney, certify that I served a copy of the foregoing Fourth and Final Application of Nyberg & Cassioppi, LLC for Compensation and Reimbursement of Expenses, on the persons listed below by ECF Filing or, if indicated, by email on September 9, 2014.

                                                /s/ Bradley Block_____
                                                Bradley Block

**SERVICE BY ECF**:

William Serritella (wserritella@agdglaw.com)
Jillian S. Cole (mmarzuki@addglaw.com)
Aronberg, Goldgehn, Davis & Garmisa
330 North Wabash Avenue
Suite 1700
Chicago, Illinois 60611

Cynthia G. Feeley
Feeley & Associates, P.C.
161 North Clark Street
Suite 2500
Chicago, Illinois 60601
Feeleypc@aol.com

Gretchen Silver
Office of the United States Trustee
219 South Dearborn Street, Room 873
Chicago, Illinois 60604
USTPRegion11.es.ecf@usdoj.gov

E. Philip Groben
Cohen and Krol
105 West Madison Street
Suite 1100
Chicago, Illinois 60602
pgroben@cohenandkrol.com

William J. Factor (wfactor@wfactorlaw.com)
Jeffrey K. Paulsen (jpaulsen@wfactorlaw.com)
The Law Office of William J. Factor, Ltd.
1363 Shermer Road
Suite 224
Northbrook, Illinois 60062

Miriam R. Stein (mstein@chuhak.com)
Eileen M. Sethna (esethna@chuhak.com)
Chuhak & Tecson, PC
30 South Wacker Drive
Suite 2600
Chicago, Illinois 60606

Bruce de'Medici
834 Forest Avenue
Oak Park, Illinois 60302
bdemedici@gmail.com

Lauren Newman
Thompson Coburn
55 East Monroe
37th Floor
Chicago, Illinois 60603
lnewman@thompsoncoburn.com

Patrick Howell
White Hirschboeck Dudek
55 East Wells Street
Suite 1900
Milwaukee, WI 53202
Phowell@whdlaw.com

Ira Bodenstein (ibodenstein@shawfishman.com)
John Guzzardo (jguzzardo@shawfishman.com)
Shaw Fishman, Glantz & Towbin
321 North Clark Street
Suite 800
Chicago, Illinois 60610

Patrick Giese
Tomasik, Kotin, Kasserman
10 South LaSalle Street
Chicago, Illinois 60603
pat@tkklawfirm.com

Grace Wang (by email)
grace.wang@advocatehealth.com

Carolyn Mills (by email)
cmills328@gmail.com

Dave Scavotto (by email)
dscavotto@fvwchp.com

Michael Gesas (mlgesas@arnstein.com)
David Golin (dagolin@arnstein.com)
Arnstein & Lehr, LLP
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606

Steve Jakubowski
Robbins, Salomon & Patt
180 North LaSalle Street
Suite 3300
Chicago, Illinois 60601
sjakubowski@rsplaw.com

Sara Cook (debtor@mckenna-law.com)
Jaime Dowell (jdowell@mckenna-law.com)
KcKenna Storer
666 Russel Court
Suite 303
Woodstock, IL 60098

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOX VALLEY WOMEN AND | ) | Case No. 13-20024 |
| CHILDREN'S HEALTH | ) | |
| PARTNERS, LTD., | ) | Honorable Carol A. Doyle |
| | ) | Hearing:    October 2, 2014 |
| Debtor. | ) | 10:00 a.m. |

**COVER SHEET FOR FOURTH AND FINAL APPLICATION**
**FOR PROFESSIONAL COMPENSATION**

| | |
|---|---|
| Name of Applicant: | Nyberg & Cassioppi, LLC |
| Authorized to Provide Professional Services to: | Fox Valley Women and Children's Health Partners, Ltd. |
| Date of Order Authorizing Employment: | June 19, 2013 |
| Period for which Compensation is Sought: | January 15, 2014 to September 8, 2014 |
| Amount of Fees Sought as Actual, Reasonable and Necessary: | $8,190.00 |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $193.15 |

This is a(n):        ____ interim        _X_ final application

If this is not the first application filed, disclose the following for each prior application:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/22/13 | 05/11 – 07/17/13 | $30,810.00 | $ 72.36 | $28,500.00 | $ 72.36 |
| 10/14/13 | 07/18 – 09/22/13 | $61,372.50 | $315.83 | $61,372.50 | $315.83 |
| 01/17/14 | 09/23 – 01/14/14 | $12,495.00 | $ 48.27 | $12,495.00 | $ 48.27 |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $102,803.96.

NYBERG & CASSIOPPI, LLC

Date:   September 9, 2014               By: _____
                                             Ronald A. Nyberg,
                                             One of its Attorneys

Ronald A. Nyberg
Nyberg & Cassioppi, LLC
1111 S. Washington Street
Naperville, Illinois 60540
(630) 428-8888
rnyberg@nycalaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| FOX VALLEY WOMEN AND | ) | Case No. 13-20024 |
| CHILDREN'S HEALTH | ) | |
| PARTNERS, LTD., | ) | Honorable Carol A. Doyle |
| | ) | Hearing: October 2, 2014 |
| Debtor. | ) | 10:00 a.m. |

## **SUMMARY SHEET**

| | | | |
|---|---|---|---|
| Fees Previously Requested: | $104,677.50 | Name of Applicant: | Nyberg & Cassioppi, LLC |
| Fees Previously Paid: | $102,367.50 | Role in Case: | Counsel to the Debtor |
| Retainer Paid: | $  3,298.00 | | |
| | | | |
| Expenses Previously Requested: | $   436.46 | Current Application: | |
| Expenses Previously Paid: | $   436.46 | Fees Requested: | $8,190.00 |
| | | Expenses Requested: | $  193.15 |

## **FEE APPLICATION**

| Names of Professionals | Year Admitted to Practice | Hours Billed | Rate | Total |
|---|---|---|---|---|
| Ronald A. Nyberg | 1978 | .20 | $350 | $     70.00 |
| Gerald A. Cassioppi | 1982 | 23.20 | $350 | $ 8,120.00 |

Total Blended Hourly Rate:    $350.00

5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOX VALLEY WOMEN AND | ) | Case No. 13-20024 |
| CHILDREN'S HEALTH | ) | |
| PARTNERS, LTD., | ) | Honorable Carol A. Doyle |
| | ) | Hearing:    October 2, 2014 |
| Debtor. | ) | 10:00 a.m. |

**FOURTH AND FINAL APPLICATION OF NYBERG & CASSIOPPI, LLC
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Nyberg & Cassioppi, LLC ("N&C"), for its Fourth and Final Application for Compensation and Reimbursement of Expenses (the "Application"), for services rendered to Fox Valley Women and Children's Health Partners, Ltd. (the "Debtor"), made pursuant to Sections 330, 331 and 503(b) of the Bankruptcy Code and Bankruptcy Rule 2016, states as follows:

1.  The Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on May 10, 2013. Since that date, the Debtor has operated its business and managed its financial affairs pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2.  On June 19, 2013, the Court entered its order authorizing the Debtor to retain N&C as one of its counsel in this Bankruptcy Case. A copy of that Order is attached hereto as Exhibit A. The Debtor retained N&C to perform legal services at a rate of $350 per hour, N&C's normal and customary rate, plus reimbursement of reasonable and necessary expenses incurred in connection with the representation.

3.  This Application is N&C's final fee application; prior payment for services rendered from May 11, 2013 through January 14, 2014 was sought and authorized in the amount of $102,803.96. The Application seeks allowance and payment of fees and reimbursement of expenses for the period from January 15, 2014 through September 8, 2014.

4.  N&C does not hold a retainer, and seeks payment from the cash collateral of MB Financial N.A., Chicago, Illinois ("MB").  Pursuant to the Debtor's Amended Chapter 11 Plan dated June 20, 2014, confirmed on August 7, 2014 (the "Plan"), **the amount of administrative expenses (including professional fees) will not impact the amounts distributed to unsecured creditors**; **the amount of fees and expenses awarded pursuant to this Application will only impact MB** (and, possibly, those who have guaranteed obligations to MB).  The Debtor expects that, even after making all deductions required by the Plan (including the carve-out for unsecured creditors), MB's cash collateral will exceed the amount of all professional fee applications and other administrative expenses by over $150,000.[1]

5.  N&C has not agreed to share, and will not share, the compensation sought in this Application with any other person.  N&C does not have an agreement with any other person to share compensation received in connection with representing the Debtor in this Bankruptcy Case.

6.  The Debtor has reviewed this Application and approves of it.

## Status of the Case

7.  The Debtor operated a medical practice focusing on obstetrics, gynecology and pediatrics.  Its physicians conduct approximately 50,000 patient visits per year.  The Debtor had approximately 67 employees.  Its revenues for the fiscal year ending December 31, 2012 were just under $10 million.

8.  The Debtor sought bankruptcy protection in order to allow it to sell its business as a going concern.  On August 16, 2013, the Court approved the sale of substantially all of the

---

[1] In February 2014, the Debtor distributed in excess of $1.8 million to MB.

7

Debtor's assets to Dreyer Clinic, Inc. ("Dreyer").  That sale closed effective September 1, 2013.  The Debtor no longer operates a business.

9. Pursuant to the sale and the Asset Purchase Agreement, the Debtor will continue to manage and hold the Debtor's 401(k) plan with participant holdings in excess of $1,000,000; and will eventually distribute the assets to the participants once a favorable determination letter regarding the qualified status is received from the Internal Revenue Service ("IRS").  The IRS letter is expected to be received some time in 2014.

10. As part of the sale to Dreyer, MB agreed to carve out 15% of the net sale proceeds for unsecured creditors in the event that MB was confirmed to have a first lien on substantially all of the Debtor's pre-petition assets.  In an Order dated February 12, 2014, in <u>Fox Valley Women and Children's Health Partners, Ltd. v. MB Financial, N.A., Chicago, Illinois, et al.</u>, Case No. 13-A-0940, this Court confirmed that MB held a first lien on substantially all of the Debtor's pre-petition assets.

11. The carve-out for payment of claims of unsecured creditors totals $341,131.47.  Assuming no material disputes over claims, the Liquidating Trustee expects to distribute these funds to unsecured creditors before the end of 2014.

12. The Debtor is current on filing its Monthly Operating Reports and on payment of U.S. Trustee fees.

## **Specific Tasks and Fees Incurred**

13. N&C seeks total fees of $8,190.00.  It also seeks reimbursement of expenses in the amount of $193.15.  N&C has broken down the services performed by projects.  Exhibit B contains N&C's specific time entries by date, task performed and time incurred, organized according to project category.  A summary of the fees sought by category is as follows:

| Category | Hours | Amount |
|---|---|---|
| 1. Asset Disposition | 22.40 | $7,840.00 |
| 2. Fee Application | 1.00 | 350.00 |
| Total: | 23.4 | $8,190.00 |

A description of the project categories and summary of the fees sought and time incurred is described below.

**1.      Asset Disposition**

14.     In connection with the consummation of the sale of Debtor's business, N&C has (a) reviewed, drafted and finalized several ancillary documents in order to execute the terms of the Asset Purchase Agreement , and revisions thereto, (b) met and participated in conference calls with the Debtor and Dreyer, their employees, attorneys and agents, (c) conducted legal research regarding issues surrounding the post-closing matters and issues, (d) drafted various certificates, resolutions and prepared for and participated in Board and Shareholder meetings in connection with approving these sale of assets and other governance matters of the Debtor, and (e) handled numerous miscellaneous corporate, bankruptcy and transactional issues related to post-closing matters and issues.  N&C did not bill material amounts of time to bankruptcy related matters.  The primary legal services performed during this Final Application continued to be with respect to legal issues that have arisen with respect to the Debtor's 401(k) plan termination, its IRS filing, a benefit claim by a participant, and resolution thereof.

15.     In connection with this project, N&C seeks compensation for 23.40 hours of work, or $7,840.00.  In addition, N&C has written off a number of hours of work and does not seek compensation for that amount.

**2.    Fee Application**

16.    N&C seeks compensation for 1.00 hours of work, or $350.00 for categorizing its time entries and preparing this Application.

**Expenses**

N&C seeks reimbursement in the amount of $193.15 for expenses incurred on behalf of the Debtor in connection with the termination of the 401(k) plan.

1. City of Chicago Parking Fee       02/12/2014       $ 25.00
2. Certified Letter Fee – Dr. Bush    02/25/2014       $  7.61
3. Federal Express – Secretary of State  02/28/2014   $ 17.95
4. Secretary of State – Change of Reg. Agent   02/28/2014   $ 25.00
5. Secretary of State – 2014 Annual Report Fee   02/28/2014   $103.50
6. Certified Letter Fee – Dr. Bush    03/10/2014       $  6.48
7. Certified Letter Fee – Dr. Bush    04/10/2014       $  7.61

**Request for Allowance and Payment of Compensation**

17.    N&C seeks final allowance and payment of compensation of $8,190.00, and reimbursement of $193.15 of expenses, and also final allowance of all prior awards of compensation and reimbursement of expenses to N&C in this case.  N&C's services and expenses were reasonable and necessary for the Debtor to consummate the terms of the Asset Purchase Agreement and closing with Dreyer which, resulted in the Debtor being able to capture the going concern value of its business, thus benefiting the Debtor and the bankruptcy estate. N&C has also endeavored to be efficient, using its experience to expend fewer hours than less experienced attorneys might bill for similar tasks.  Finally, N&C's hourly rate—its normal hourly rate charged for non-transactional matters as well as this case—is reasonable, and in fact low compared to the rates charged by attorneys with comparable (2-35 years) experience.

18. Further, this Application complies with the requirements of the Bankruptcy Code, Bankruptcy Rules and local rules. N&C billed in one-tenth hour increments, provided detailed written explanations of the work performed, did not lump time entries together improperly, and categorized its time by project.

19. Because the amount of fees granted does not impact the distribution made to any creditor other than MB Financial, N&C requests that notice of this fee application be limited to (a) the service list described above (who will receive complete copies of this Fee Application) and (b) the 20 largest creditors (who will receive a notice regarding this Fee Application.).

20. A draft order is attached as Exhibit C.

WHEREFORE, Nyberg & Cassioppi, LLC, as counsel for the Debtor, respectfully requests that this Court approve compensation to it in the amount of $8,190.00 and expenses in the amount of $193.15, authorize and direct the Debtor to pay it such amount, and grant such further relief as this Court deems proper.

NYBERG & CASSIOPPI, LLC

Date: September 9, 2014

By: _____
Ronald A. Nyberg,
One of its Attorneys

Ronald A. Nyberg
Nyberg & Cassioppi, LLC
1111 S. Washington Street
Naperville, Illinois 60540
(630) 428-8888
rnyberg@nycalaw.com