# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re ) | Case No. 13-20024 |
| ) | |
| Fox Valley Women & ) | Hon. Carol A. Doyle |
| Children's Health Partners, Ltd. ) | Chapter 11 |
| Debtor ) | Hearing Date: 4/6/2016 |
| | at 10:00 a.m. |

## NOTICE OF MOTION

The Liquidating Trust for Fox Valley Women & Children's Health Partners, Ltd., through counsel, has filed the **DEBTOR'S MOTION FOR FINAL DECREE** with the Clerk of the United States Bankruptcy Court.

On August 7, 2014, the Bankruptcy Court entered its order (Dkt. #333) confirming the Debtor's Amended Chapter 11 Plan Dated June 20, 2014 (Dkt. #320). Pursuant to Article VI of the Amended Plan, the Debtor conveyed its remaining assets into the Liquidating Trust.

The Liquidating Trust has tendered substantially all distributions provided for in the Amended Plan, including but not limited to payments to holders of general, non-priority, unsecured claims. No motions or hearings are pending and no adversary proceedings are open or otherwise awaiting resolution.

Pursuant to 11 U.S.C. §350(a), "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case." 11 U.S.C. §350(a). Fed. R. Bankr P. 3022 implements 11 U.S.C. §350 and provides that "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr P. 3022. The term "fully administered" is not defined by either the Bankruptcy Code or the Bankruptcy Rules. The 1991 Advisory Committee Notes to Fed. R. Bankr P. 3022 set forth the following non-exclusive list of factors to be considered to determine whether a case has been fully administered: (i) whether the order confirming the plan has become final; (ii) whether deposits required by the plan have been transferred; (iii) whether the property proposed by the plan to be transferred has been transferred; (iv) whether the

debtor [or its successor] has assumed the business or management of the property dealt with by the plan; (v) whether payments under the plan have commenced; and (vi) whether all motions, contested matters and adversary proceedings have been finally resolved. Here, requisite factors for the entry of a final decree are present: (i) the order confirming the Amended Plan was entered more than 180 days ago and is final; (ii) the Debtor's business and assets have been transferred to the liquidating trust; (iii) payments under the Amended Plan have commenced; and (v) all motions, contested matters, and adversary proceedings have been resolved. Accordingly, the Liquidating Trust has filed its motion for a final decree closing this case.

A **hearing** on the motion is **scheduled** before the **Honorable Carol A. Doyle on April 6, 2016**, at **10:00 a.m.** in **Courtroom 742** of the **United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604**. You may appear at the hearing. At the hearing, the Court may announce a continuation without further notice.

The Liquidating Trust served a copy of the motion upon parties which filed an appearance in this case per the Court's Electronic Notice to Registrants and a copy of this notice upon creditors. **If you did not receive a copy of the motion, you may request one from Bruce de'Medici by contacting him at the address shown below or obtain one from the website for the Bankruptcy Court, at www.ilnb.uscourts.gov, through the Court's Public Access to Court Electronic Records (PACER) system. PACER is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator via the Internet. If you do not have a PACER account, you may obtain one by registering at https://www.pacer.gov/psco/cgi-bin/regform.pl.**

/s/ Bruce de'Medici

Bruce de'Medici (ARDC #6184818)
Kelly Kronenberg
190 S. LaSalle | Suite 450
Chicago | Illinois 60603
Tel: 312.731.6778
Email: bdemedici@kelleykronenberg.com

2

## CERTIFICATE OF SERVICE

I, Bruce de'Medici, an attorney who is licensed to practice law in the State of Illinois, certify that on the 24th day of March, 2016, I served the foregoing NOTICE OF MOTION and attached MOTION FOR FINAL DECREE upon Registrants in this case through the Court's Electronic Notice to Registrants; and the foregoing NOTICE OF MOTION upon creditors by enclosing copies in envelopes which were addressed to the creditors on the following Service List II and bore First Class postage, and delivering them to the United States Postmaster, as indicated below.

/s/ Bruce de'Medici

**Registrants Served through the Court's Electronic Notice to Registrants**

| | |
|---|---|
| Office of the United States Trustee<br>USTPRegion11.es.ecf@usdoj.gov | Bradley Block<br>Law Offices of Bradley Block<br>brad.block@bradblocklaw.com |
| Ira Bodenstein<br>Shaw, Fishman, Glantz & Towbin LLC<br>ibodenstein@shawfishman.com | Jillian S. Cole<br>Taft Stettinius & Hollister LLP<br>jcole@taftlaw.com |
| William J. Factor<br>The Law Office of William J. Factor, Ltd<br>wfactor@wfactorlaw.com | Cynthia G. Feeley<br>Feeley & Associates, P.C.<br>feeleypc@aol.com |
| Michael L. Gesas<br>Arnstein & Lehr, LLP<br>mlgesas@arnstein.com | Patrick J. Giese<br>Tomasik Kotin Kasserman, LLC<br>pat@tkklawfirm.com |
| David A. Golin<br>Arnstein & Lehr LLP<br>dagolin@arnstein.com | E. Philip Groben<br>Dale & Gensburg, P.C.<br>pgroben@dandgpc.com |
| John W Guzzardo<br>Shaw Fishman Glantz & Towbin LLC<br>jguzzardo@shawfishman.com | Patrick B. Howell<br>Whyte Hirschboeck Dudek, SC<br>phowell@whdlaw.com |
| Steve Jakubowski<br>Robbins, Salomon & Patt, Ltd.<br>sjakubowski@rsplaw.com | Lauren Newman<br>Thompson Coburn LLP<br>lnewman@thompsoncoburn.com |
| Francis X Buckley, Jr.<br>Thompson Coburn LLP<br>fxbuckleyjr@thompsoncoburn.com | Sara E. Cook<br>McKenna Storer<br>debtor@mckenna-law.com |
| Jaime Dowell<br>McKenna Storer<br>jdowell@mckenna-law.com | William J Factor<br>The Law Office of William J. Factor, Ltd<br>wfactor@wfactorlaw.com |
| Jeffrey K. Paulsen<br>The Law Office of William J. Factor, Ltd<br>jpaulsen@wfactorlaw.com | Barbara M. Prohaska<br>Cunningham, Meyer & Vedrine P.C.<br>prohaska@cmvlaw.com |

| | |
|---|---|
| Eileen M. Sethna<br>Chuhak & Tecson, PC<br>esethna@chuhak.com | Miriam R. Stein<br>Chuhak & Tecson, P.C.<br>mstein@chuhak.com |
| David Mangian<br>Thompson Coburn LLP<br>dmangian@thompsoncoburn.com | Brian Raynor<br>Locke Lord Bissell & Liddell, LLP<br>braynor@lockelord.com |
| Todd A Rowden<br>Thompson Coburn LLC<br>trowden@thompsoncoburn.com | David W. Wirt<br>Locke Lord LLP<br>dwirt@lockelord.com |

**SERVICE LIST II**

Braemar, Inc.
1285 Corporate Center Dr.
Suite 150
Eagan, MN 55121

Citi Business Card #6591
c/o Citicorp Credit Services
Centralized Bankruptcy
P.O. Box 20507
Kansas City, MO 64195

Crane Creek Communications
19069 Van Buren Blvd.
Suite 114
Riverside, CA 92508

Fox Valley Medicine
30 North Lincoln Street
Batavia, IL 60510

GlaxoSmithKline Pharmac.
P.O. Box 740415
Atlanta, GA 30374-0415

Americorp Financial LLC
Law Offices Richard A. Green
705 S Main St., Ste 270
Plymouth, MI 48170

Ice Mountain SO
P.O. Box 52214
Phoenix, AZ 85072-2214

Image
First Chicago North
P.O. Box 61323
King of Prussia, PA 19406

J&J Health Systems
5972 Collections Center Dr.
Chicago, IL 60693

McKesson Medical Surgical
8649 STCOB
P.O. Box 74015
Cincinnati, OH 45274-0215

Merck & Co., Inc.
P.O. Box 5254
Carol Stream, IL 60197-5254

Paragard Direct
12601 Collection Center Dr.
Chicago, IL 60693

Pfizer, Inc.
3000171330/3000141788
P.O. Box 0632
Aurora, IL 60507-0632

Provena Mercy Med. Center
1325 North Highland Ave
Aurora, IL 60506

Presence Properties, Inc.
2380 Dempster
Des Plaines, IL 60016

Provena St. Joseph Hosp.
77 North Airlite Street
Elgin, IL 60123

RealMed Corporation
510 East 96th Street
Suite 400
Indianapolis, IN 46240

Robert Chapski, Ltd.
1815 Grandstand Place
Elgin, IL 60123

Sanofi Pasteur, Inc.
1458 Collections Center Dr.
Chicago, IL 60693

SDMD Capital Ventures, LLC
c/o Dwight Avram
1255 Bond Street
Suite 111
Naperville, IL 60563

Service Master Comm. Clean.
445 Gunderson Dr.
Carol Stream, IL 60188

Smile Makers
P.O. Box 2543
Spartanburg, SC 29304

Smith Medical Partners, LLC
21950 Network Place
Chicago, IL 60673-1219

Spangler Fulfillment Center
P.O. Box 109
Bryan, OH 43506

Staples, Inc.
500 Staples Drive
Framingham, MA 01702

The Hartford Fin. Serv. Grp.
One Hartford Plaza
Hartford, CT 06155

TheraCom, LLC
9717 Key West Avenue
Rockville, MD 20850

Vanguard Archives
3900 South Michigan Ave
Chicago, IL 60653

Verizon Communications
Paul Plunkett
7900 Xerxes Ave S., #1700
Minneapolis, MN 55431

MB Financial Bank, N.A.
c/o William Serritella/Taft
111 E.Wacker, #2800
Chicago, IL 60601

Braemar, Inc.
1285 Corporate Center Drive
Suite 150
Eagan, MN 55121

Fox Valley Medicine
30 North Lincoln Street
Batavia, IL 60510

Ice Mountain SO
P.O. Box 52214
Phoenix, AZ 85072-2214

J&J Health Systems
5972 Collections Center Dr.
Chicago, IL 60693

Paragard Direct
12601 Collection Center Dr.
Chicago, IL 60693

Presence Properties, Inc.
2380 Demptster
Des Plaines, IL 60016

Robert Chapski, Ltd.
1815 Grandstand Place
Elgin, IL 60123

Service Master Comm. Clean.
445 Gunderson Dr.
Carol Stream, IL 60188

GE Healthcare
c/o Whyte Hirshboeck
Attn: Patrick Howell
555 East Wells, #1900
Milwaukee, WI 53202

Delnor-Community Hospital
c/o David Tecson
Chuhak & Tecson
30 S. Wacker, #2600
Chicago, IL 60606

Citi Business Card #6591
c/o Citicorp Credit Services
Centralized Bankruptcy
P.O. Box 20507
Kansas City, MO 64195

GlaxoSmithKline Pharmaceuticals
P.O. Box 740415
Atlanta, GA 30374-0415

Image First Chicago North
P.O. Box 61323
King of Prussia, PA 19406

McKesson Medical Surgical
8649 STCOB
P.O. Box 74015
Cincinnati, OH 45274-0215

Pfizer, Inc.
P.O. Box 100539
Atlanta, GA 30384-0539

Provena St. Joseph Hosp.
77 North Airlite Street
Elgin, IL 60123

Sanofi Pasteur, Inc.
1458 Collections Center Dr.
Chicago, IL 60693

Smile Makers
P.O. Box 2543
Spartanburg, SC 29304

FVWCHP Properties
c/o Michael Doyen
Robert Chapski, Ltd.
1815 Grandstand Place
Elgin, IL 60123

CDH-Delnor Health Sys
c/o David Tecson
Chuhak & Tecson
30 S. Wacker, #2600
Chicago, IL 60606

Crane Creek Commun.
19069 Van Buren Blvd.
Suite 114
Riverside, CA 92508

Hologic Limited Partshp
24506 Network Place
Chicago, IL 60673-1245

Shawn Grimm
GECC
20225 Watertower Blvd.
Suite 300
Brookfield, WI 53045

Merck & Co., Inc.
P.O. Box 5254
Carol Stream, IL 60197-5254

Provena Mercy Med. Cter
1325 N. Highland Ave
Aurora, IL 60506

RealMed Corporation
510 East 96th Street
Suite 400
Indianapolis, IN 46240

SDMD Capital Ventures
c/o Dwight Avram
1255 Bond St., #111
Naperville, IL 60563

Fox Valley Women|Children's
Health Partners
3310 W. Main, #200
St. Charles, IL 60175

FVWCHP, LLC
c/o Kevin Vedrine
Cunningham, Meyer,
4200 Cantera Dr. #112
Warrenville, IL 60555

Precision Payroll
1901 S. Meyers, #310
Oakbrook Terrace, IL 60181

RealMed Corporation
510 East 96th St., #400
Indianapolis, IN 46240

Televox
c/o Melody Lohr
7171 Mercy, # 200
Omaha, NE 68106

Shred It USA-Chicago
23166 Network Place
Chicago, IL 60673-1252

Stericycle, Inc.
P.O. Box 6575
Carol Stream, IL 60197

Tatum
P.O. Box 847872
Dallas, TX 75284-7872

Televox Software Inc.
Department 1343
Denver, CO 80256-0001

Terminex Processing Center
P.O. Box 742592
Cincinnati, OH 45274-2592

TYCO Integrated Security
P.O. Box 371967
Pittsburgh, PA 15250-7967

Vanguard Archives
420 South 37th Street
St. Charles, IL 60174

Dr. Steven Bush
1325 Larson Street
Sycamore, IL 60178

Dr. Maria Cocjin
2535 Barnhart Street
West Chicago, IL 60185

Dr. Corissa Elgar
1377 Spencer Lance
Batavia, IL 60510

Dr. Kim Harmon
2567 Bird Lane
Batavia, IL 60510

Dr. Sara Kern Smith
432 Cannon Drive
Geneva, IL 60134

Dr. William Kobak
1241 East Madison Park
Chicago, IL 60615

Dr. Carolyn Mills
39W152 Warner Lane
Geneva, IL 60134

Dr. Edward Newman
1806 Brandywyn Lance
Buffalo Grove, IL 60089

Dr. Natalie Roche
40W940 Campton Trail Rd.
St. Charles, IL 60175

Dr. Kelly Simkins
3305 Husking Peg Lane
Geneva, IL 60134

Dr. Bridgett Sweeney-Gotsch
12395 Hadley Drive
Huntley, IL 60142

Dr. Grace Wang
2S036 Grove Hill Dr.
Batavia, IL 60510

Dr. Thomas Dovidio
220 Clover Chase Circle
Woodstock, IL 60098

Dr. Leticia Gonzalez
74 Lawton Road
Riverside, IL 60546

Dr. Kimberly Hess
300 Evans Avenue
Valparaiso, IN 46383

Dr. Jill Kelly
5N226 Prairie Lakes Blvd.
St. Charles, IL 60175

Center for Breast Health
Delnor-Community Hospital
300 Randall Road
Geneva, IL 60134

Hologic Maintenance
35 Crosby Drive
Bedford, MA 01730

IMC
P.O. Box 230789
Portland, Oregon 97281-0789

Medispa
3310 West Main Street
St. Charles, IL 60175

US Bancorp Lease
P.O. Box 230789
Portland, OR 97281-0789

Hologic Limited Partnership
24506 Network Place
Chicago, IL 60673-1245

Cadence Health Answering
Service
300 Randall Road
Geneva, IL 60134

Christian Laden
The Waggoner Law Firm
4 North Walkup Avenue
Chrystal Lake, IL 60014

Conceptus. c/o Bayer Healthcare
Attn: Shirley Beach, Credit Dept.
3930 Edison Lakes Parkway
Mishawaka, IN 46545-3443

Pitney Bowes
Attn: Grisselle Betancourt
4901 Belfort Rd., Ste. 120
Jacksonville, FL 32256

Main Street Center|St. Charles
Condominium Assn. 2
3310 Main Street, #. 200
St. Charles, IL 60175

Associated Merchant Serv
P.O. Box 407066
Ft. Lauderdale, FL 33340-7066

Mark Stern
Burke, Warren, MacKay
330 N Wabash, #2100
Chicago, IL 60611

U.S. Bank
U.S. Bank Equip Finance
Attn: Jeffrey Lothert
1310 Madrid St
Marshall, MN 55431

McKesson Medical
c/o Neil Orleans
Goins, Underkofler
1201 Elm St., #4800
Dallas, TX 75270

IRS
P.O. Box 7346
Philadelphia, PA 19114

Faith Dolgin
Assistant Attorneys General
Revenue Litigation Bureau
100 West Randolph St.
Chicago, IL 60601

Commonwealth Edison Co.
Attn: Bankruptcy Section
3 Lincoln Center
Oakbrook Terrace, IL 60181

Michael Denker
Denker & Muscarello
4N701 School Street
St. Charles, IL 60175

ImageFirst Healthcare Lndry
900 East Eight Avenue
Suite 300
King of Prussia, PA 19406

U.S. Bank
Attn: Jacquelyn Greenwood
1310 Madrid Street
Marshall, MN 56258

Cybersource
Registered ISO of Harris Bank N.A.
P.O. Box 8999
Mailstop M3-6NE
San Francisco, CA 94128-8999

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114

HP Financial Services Co.
200 Connell Drive
Suite 5000
Berkeley Heights, NJ 07922

Merck Sharpe & Dohme
8050 Microsoft Way
Ste. 300
Charlotte, NC 28273

Beautiful Aquarium
5N771 Weber Drive
Wayne, IL 60184

Illinois Dept Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Nicor Gas
Acnt #. 21-07-42-2995-2
P.O. Box 416
Aurora, IL 60568-0001

Kevin Gensler
Dommermuth, Cobin,
111 E. Jefferson, #200
P.O. Box 656
Naperville, IL 60566

ImageFirst Chicago North
1225 Greenbrian Dr.
Suite D
Addison, IL 60101

Dr. Richard Kopolovic
15 Cambridge Drive
Oakbrook, IL 60523

Telecheck Services
P.O. Box 60028
City of Industry, CA 91716

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn
Chicago, IL 60604

Women's Health Consult.
Mary Wood Molo
1725 W. Harrison, #408
Chicago, IL 60612

Mark Regnier
c/o Marios, Karayannis
2425 Royal Blvd.
Elgin, IL 60123

Michael Q Hanrahan, et al.
c/o Robert Geimer
Tomasik, Kotin, Kasserman
10 South LaSalle, #2920
Chicago, IL 60603

Virginia Madla
c/o Michael Zidek
Zidek, Wilson Elsner
55 West Monroe, Ste. 3800
Chicago, IL 60603

FVWCHP Properties, LLC
3310 W. Main Street,
Suite 200
St. Charles, Il 60175

GE Healthcare Finance Serv.
c/o Whyte Hirshboeck
555 East Wells, # 1900
Milwaukee, WI 53202

American Express Travel
P.O. Box 1072
Thousand Oaks, CA 91358

Suburban Bank & Truste
c/o Cynthia Feeley
161 North Clark, Ste. 2500
Chicago, IL 60601

ADT Security Services
P.O. Box 371956
Pittsburgh, PA 15250

Advance Consulting
1125 Hall Street
Sugar Grove, IL 60554

Americorp Financial
P.O. Box 63707
Cincinnati, OH 45263-7507

Amerinet GPO
Two City Place Drive
Suite 400
St. Louis, MO 63141

Beautiful Aquarium
5N771 Weber Drive
Wayne, IL 60184

CDH Answering Service
300 Randall Road
Geneva, IL 60134

CCPA Purchasing Partners
2300 Children's Plaza
Mailbox 113
Chicago, IL 60613-3394

Certified Services, Inc.
P.O. Box 177
Waukegan, IL 60079

Comcast/CIMCO
P.O. Box 3001
South Eastern, PA 19398

CIMCO/Comcast Phone
16333 Collections Center
Chicago, IL 60693

CIT/TLC Healthcare Finance
ATTN: Customer Service
P.O. Box 550599
Jacksonville, FL 32255-0599

Crane Creek Communications
19069 Van Buren Blvd.
Suite 114
Riverside, CA 92508

Dependon Collection Serv.
ATTN: CEA
120 West 22nd St., 3360
Oak Brook, IL 60523

First Data Global Leasing
P.O. Box 407092
Ft. Lauderdale, FL 33340

GFC Leasing/Gordon Flesch
P.O. Box 2290
Madison, WI 53701

HP Financial Services
P.O. Box 402582
Atlanta, GA 30384-2582

Greenway Medical Tech.
P.O. Box 741174
Atlanta, GA 30374-1174

Ice Mountain
P.O. Box 85680
Louisville, KY 40285-6680

Image First
17865 Chappel Ave
Lansing, IL 60438

Innovative Medical Consult.
1325 Larson Street
Sycamore, IL 60178

Mitel Leasing
P.O. Box 975549
Dallas, TX 75397

Muzak, LLC
P.O. Box 71070
Charlotte, NC 28272-1070

ComEd
Account No. 2684046019
P.O. Box 6111
Carol Stream, IL 60197

ComEd
Account No.1592049012
P.O. Box 6111
Carol Stream, IL 60197

Nicor Gas
Accnt #21-07-42-2995-2
P.O. Box 416
Aurora, IL 60568-0001

Nicor Gas
Acct. #82-46-63-47-12-5
P.O. Box 416
Aurora, IL 60568-0001

Nicor Gas
Account No. 77-98-39-4466-9
P.O. Box 0632
Aurora, IL 60507-0632

City of St. Charles
Accnt # 4-54-91761-8-0
2 East Main Street
St. Charles, IL 60174-1984

Carolyn Mills/Grace Wang
c/o Gina Krol/Cohen & Krol
105 W Madison, #1100
Chicago, IL 6060

ADT Security Services
P.O. Box 371956
Pittsburgh, PA 15250

GE Healthcare Financ. Serv.
P.O. Box 641419
Pittsburgh, PA 15264

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 13-20024 |
| | ) | |
| Fox Valley Women & | ) | Hon. Carol A. Doyle |
| Children's Health Partners, Ltd. | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Hearing Date: 4/6/2016 |
| | | at 10:00 a.m. |

## MOTION FOR FINAL DECREE

The Liquidating Trust for Fox Valley Women & Children's Health Partners, Ltd., reorganized debtor, pursuant to 11 U.S.C. §350, Rule 3022 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 3022-1, submits this motion for the entry of a final decree, and states in support as follows:

**Jurisdiction and Venue**

1. Pursuant to 28 U.S.C. §1334, the District Court possesses original jurisdiction over this case. Pursuant to 28 U.S.C. §157 and Internal Operating Procedure 15 of the Internal Operating Procedures of the United States District Court for the Northern District of Illinois, this case is properly referred to the United States Bankruptcy Court. Pursuant to 28 U.S.C. §157(b)(2)(A), this motion concerns a core proceeding. Pursuant to 28 U.S.C. §1408, venue is proper for this case in the Bankruptcy Court for the Northern District of Illinois.

2. The statutory predicates for the relief requested herein are section 350 of title 11 of the United States Code, 11 U.S.C. §§101, *et seq.*(the "Bankruptcy Code"), Rule 3022 of the Federal Rules of Bankruptcy Procedures, and Local Bankruptcy Rule B-2002-2(b).

**Background of the Chapter 11 Case**

3.    Fox Valley Women & Children's Health Partners, Ltd., commenced this case on May 10, 2013, by filing its petition for voluntary relief under chapter 11 of the Bankruptcy Code. The Debtor provided medical services in Illinois. The Debtor operated as a debtor in possession and this Court did not appoint any trustee, creditors committee, or examiner. In pertinent part, on August 16, 2013, this Court entered its order (Dkt. # 154) approving the Debtor's sale of substantially all of its assets to Dreyer Clinic, Inc.

**Confirmation and Consummation of the Amended Plan**

4.    On August 7, 2014, this Court entered its order (Dkt. #333) confirming the Debtor's Amended Chapter 11 Plan Dated June 20, 2014 (Dkt. #320). That Order became final some time ago. The Amended Plan became effective on or about September 8, 2014. Pursuant to Article VI of the Amended Plan, the Debtor conveyed its remaining assets into the Liquidating Trust. The Liquidating Trust commenced two adversary proceedings to avoid and recover certain transfers and resolved them; out of this, the Liquidating Trust recovered funds to enable it to make an additional distribution to creditors.

5.    The Liquidating Trust has tendered substantially all distributions provided for in the Amended Plan, including but not limited to payments to holders of general, non-priority, unsecured claims.

6.    No motions or hearings are pending and no adversary proceedings are open or otherwise awaiting resolution. This case is ripe for the entry of a final decree.

**Standard for Closing a Chapter 11 Case**

7.    Pursuant to section 350(a) of the Bankruptcy Code, "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case." 11 U.S.C.

2

§350(a). Fed. R. Bankr P. 3022 implements section 350 of the Bankruptcy Code and provides that "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr P. 3022.

8. The term "fully administered" is not defined by either the Bankruptcy Code or the Bankruptcy Rules. The 1991 Advisory Committee Notes to Fed. R. Bankr P. 3022 set forth the following non-exclusive list of factors to be considered to determine whether a case has been fully administered: (i) whether the order confirming the plan has become final; (ii) whether deposits required by the plan have been transferred; (iii) whether the property proposed by the plan to be transferred has been transferred; (iv) whether the debtor [or its successor] has assumed the business or management of the property dealt with by the plan; (v) whether payments under the plan have commenced; and (vi) whether all motions, contested matters and adversary proceedings have been finally resolved.

9. Here, requisite factors for the entry of a final decree are present. As noted above, (i) the order confirming the Amended Plan was entered more than 180 days ago and is final; (ii) the Debtor's business and assets have been transferred to the liquidating trust; (iii) payments under the Amended Plan have commenced; and (v) all motions, contested matters, and adversary proceedings have been resolved. Accordingly, this Court has an appropriate basis for finding that this case has been fully administered and entering a final decree. Further, while this case remains open the Liquidating Trust continues to incur quarterly United States Trustee fees pursuant to 28 U.S.C. §1930.

**Request for Relief**

10. For the foregoing reasons, the Liquidating Trust requests that this Court determine that this case has been fully administered and enter an order for a final decree to close this case.

**Notice**

11. In accordance with Local Bankruptcy Rule 3022-1, the Liquidating Trust provided notice of this motion to Registrants in this case, the Office of the United States Trustee, and creditors. Thus, the Liquidating Trust provided due notice of this motion.

WHEREFORE, the Liquidating Trust for Fox Valley Women & Children's Health Partners, Ltd. respectfully requests that this Court determine that this case has been fully administered and enter an order for a final decree to close this case and grant such further relief is equitable and just.

> Respectfully submitted,
> Fox Valley Women & Children's Health Partners, Ltd.
>
> By: ___/s/ Bruce de'Medici___
> One of its attorneys

Bruce de'Medici      (IL ARDC 6184818)
Kelly Kronenberg
190 S. LaSalle | Suite 450
Chicago | Illinois 60603
Tel: 312.731.6778
Email: bdemedici@kelleykronenberg.com