UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   13-20024 |
| Fox Valley Women & Childrens Health Partners | ) ) ) | Chapter: 11 |
| | ) | Honorable Carol Doyle |
| | ) ) | |
| Debtor(s) | ) | |

## FINAL DECREE

    This matter came on to be heard on the motion of the Liquidating Trust for a final decree in this case; the Court possessing jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334 and this matter being a core proceeding within the meaning of 28 U.S.C. §157(b)(2) ; the Liquidating Trust provided due notice of the motion to creditors and parties in interest in accordance with Local Rule 3022-1 and the estate of the above-named debtor having been fully administered; and the Court being advised in the premises, orders as follows:

    Pursuant to 11 U.S.C. §330(a), Fed. R. Civ. P. 3022, and Local Rule 3022-1, the chapter 11 case of the above-named debtor is closed.

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle

United States Bankruptcy Judge

Dated: April 06, 2016